**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. LEWIS INVISIBLE STITCH MACHINE COMPANY.**

No. 14855.

United States Court of Appeals
Eighth Circuit.

June 26, 1953.

David B. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Charles H. Spoehrer, St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.

**Wladyslaw PLYWACKI, Appellant, v. UNITED STATES of America, Appellee.**

No. 13650.

United States Court of Appeals
Ninth Circuit.

June 26, 1953.

Lawrence Speiser, of San Francisco, Cal., and Thomas P. Gill, of Honolulu, Hawaii, for appellant.

A. William Barlow, U. S. Atty., and Winston C. Ingman, Asst. U. S. Atty., both of Honolulu, Hawaii, for appellee.

Before DENMAN, HEALY and ORR, Circuit Judges.

PER CURIUM.

On confession by the appellee of error herein, it is ordered that the judgment of the District Court in this cause be reversed, 107 F.Supp. 593, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**RESEARCH PRODUCTS COMPANY, Petitioner, v. Oveta Culp HOBBY, Secretary of Health, Education and Welfare.**

No. 14671.

United States Court of Appeals
Eighth Circuit.

June 19, 1953.

Miller & Sharp, Topeka, Kan., for petitioner.

William W. Goodrich, Asst. Gen. Counsel, Food and Drug Division, Department of Health, Education and Welfare, Washington, D. C., Charles B. Murray, Asst. Atty. Gen., and Vincent A. Kleinfeld, Atty., Department of Justice, Washington, D. C., for respondent.

PER CURIAM.

Petition for Review of Order of Federal Security Administrator promulgated May 12, 1952, dismissed, on motion of counsel for petitioner, counsel for respondent not objecting.